IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Timothy M. Pattakos, Sr. | ) | Case No.  22-21433 JAD |
| Julie E. Pattakos | ) | Chapter 13 |
|     Debtors | ) | Related to Document No. 23 |
| | ) | |
| Timothy M. Pattakos, Sr. | ) | |
| Julie E. Pattakos | ) | |
|     Movants | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| No respondents | ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on September 9, 2022, a true and correct copy of the *Order of Court dated September 8, 2022* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties listed on the attached mailing matrix.


Date of Service: September 9, 2022           /s/ Kenneth Steidl
                                                           Kenneth  Steidl, Esquire
                                                           Attorney for the Debtor
                                                           STEIDL & STEINBERG
                                                           707 Grant Street
                                                           Suite 2830, Gulf Tower
                                                           Pittsburgh, PA 15219
                                                           (412) 391-8000
                                                           ken.steidl@steidl-steinberg.com
                                                           PA I.D. No. 34965

```
Label Matrix for local noticing        Duquesne Light Company                  Duquesne Light Company
0315-2                                  c/o Bernstein-Burkley, P.C.            411 Seventh Avenue
Case 22-21433-JAD                       601 Grant Street, 9th Floor            Pittsburgh, PA 15219-1942
WESTERN DISTRICT OF PENNSYLVANIA        Pittsburgh, PA 15219-4430
Pittsburgh
Fri Sep  9 10:12:00 EDT 2022

Keri P. Ebeck                           Jeffrey Hunt                           (p)LENDMARK FINANCIAL SERVICES
Bernstein-Burkley                       GRB Law                                2118 USHER ST
601 Grant Street, 9th Floor             525 William Penn Place                 COVINGTON GA 30014-2434
Pittsburgh, PA 15219-4430               Suite 3110
                                        Pittsburgh, PA 15219-1753

Mr. Cooper                              Brian Nicholas                         Office of the United States Trustee
PO Box 612488                           KML Law Group, P.C.                    Liberty Center.
Dallas, TX 75261-2488                   701 Market Street                      1001 Liberty Avenue, Suite 970
                                        Suite 5000                             Pittsburgh, PA 15222-3721
                                        Philadelphia, PA 19106-1541

Orion                                   (p)PNC BANK RETAIL LENDING             PRA Receivables Management, LLC
c/o of PRA Receivables Management, LLC  P O BOX 94982                          PO Box 41021
PO Box 41021                            CLEVELAND OH 44101-4982                Norfolk, VA 23541-1021
Norfolk, VA 23541-1021


Julie E. Pattakos                       Timothy M. Pattakos Sr.                Pennsylvania Department of Revenue
311 East Edgewood Ave.                  311 East Edgewood Ave.                 Bankruptcy Division
Trafford, PA 15085-1543                 Trafford, PA 15085-1543                P.O. Box 280946
                                                                               Harrisburg, PA 17128-0946


Pennsylvania Dept. of Revenue           Peoples Natural Gas Company            Peoples Natural Gas Company LLC
Department 280946                       PO Box 644760                          GRB Law
P.O. Box 280946                         Pittsburgh, PA 15264-4760              c/o Jeffrey R. Hunt, Esquire
ATTN: BANKRUPTCY DIVISION                                                      525 William Penn Place, Suite 3110
Harrisburg, PA 17128-0946                                                      Pittsburgh, PA 15219-1753

Peoples Natural Gas Company LLC         Regional Acceptance                    Kenneth Steidl
GRB Law                                 1200 East Fire Tower Road              Steidl & Steinberg
c/o Jeffrey R. Hunt, Esquire            Greenville, NC 27858-4196              Suite 2830 Gulf Tower
525 William Penn Place, St. 3110                                               707 Grant Street
Pittsburgh, PA 15219-1753                                                      Pittsburgh, PA 15219-1908

U.S. Department of Housing and Urban Develop   Ronda J. Winnecour
100 Penn Square East 11th Floor         Suite 3250, USX Tower
Philadelphia, PA 19107-3325             600 Grant Street
                                        Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Lendmark Financial                      PNC Bank NA
2118 Usher Street NW                    Bankruptcy Department
Covington, GA 30014                     PO BOX 94982
                                        Cleveland, OH 44101
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)NATIONSTAR MORTGAGE LLC        End of Label Matrix
                                  Mailable recipients    22
                                  Bypassed recipients     1
                                  Total                  23