**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>TIMOTHY M. PATTAKOS, SR.<br>JULIE E. PATTAKOS<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:22-21433 JAD<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1. The case was filed on 07/25/2022 and confirmed on 10/14/2022 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 2,084.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 2,079.00 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 254.31 | |
| 　Trustee Fee | 102.11 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 356.42 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| 　NATIONSTAR MORTGAGE LLC(*) | 0.00 | 1,010.33 | 0.00 | 1,010.33 |
| 　　Acct: 0510 | | | | |
| 　NATIONSTAR MORTGAGE LLC(*) | 5,386.81 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 0510 | | | | |
| 　LENDMARK FINANCIAL SERVICES LLC | 4,035.00 | 0.00 | 97.53 | 97.53 |
| 　　Acct: 3593 | | | | |
| 　REGIONAL ACCEPTANCE CORP | 24,682.13 | 0.00 | 614.72 | 614.72 |
| 　　Acct: 2987 | | | | |
| 　US DEPARTMENT OF HUD** | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 5108 | | | | |
| | | | | 1,722.58 |
| **Priority** | | | | |
| 　KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　TIMOTHY M. PATTAKOS, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　TIMOTHY M. PATTAKOS, SR. | 5.00 | 5.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| 22-21433 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 3 |
| Priority | | | | | |
| | STEIDL & STEINBERG | 2,500.00 | 254.31 | 0.00 | 0.00 |
| | Acct: | | | | |
| | INTERNAL REVENUE SERVICE* | 3,500.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDIT ACCEPTANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4126 | | | | |
| | LENDMARK FINANCIAL SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4105 | | | | |
| | LENDMARK FINANCIAL SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0607 | | | | |
| | ***NONE*** | | | | |
| Unsecured | | | | | |
| | LENDMARK FINANCIAL SERVICES LLC | 3,718.22 | 0.00 | 0.00 | 0.00 |
| | Acct: 3593 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 3,193.35 | 0.00 | 0.00 | 0.00 |
| | Acct: 1681 | | | | |
| | PNC BANK NA | 284.89 | 0.00 | 0.00 | 0.00 |
| | Acct: 6415 | | | | |
| | CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3377 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 4,829.14 | 0.00 | 0.00 | 0.00 |
| | Acct: 1970 | | | | |
| | QUANTUM3 GROUP LLC - AGENT GENES | 329.53 | 0.00 | 0.00 | 0.00 |
| | Acct: 2466 | | | | |
| | LVNV FUNDING LLC | 544.42 | 0.00 | 0.00 | 0.00 |
| | Acct: 2914 | | | | |
| | PENDRICK CAPITAL PARTNERS LLC | 601.62 | 0.00 | 0.00 | 0.00 |
| | Acct: 0225 | | | | |
| | PENDRICK CAPITAL PARTNERS LLC | 946.20 | 0.00 | 0.00 | 0.00 |
| | Acct: 9781 | | | | |
| | ORION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ***NONE*** | | | | |

TOTAL PAID TO CREDITORS                                                          1,722.58

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 3,500.00 |
| SECURED | 34,103.94 |
| UNSECURED | 14.447.37 |

Date: 03/09/2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com